Before STATE INDUSTRIAL COMMISSION, Respondent.    In the Matter of the Claim for Compensation under the Workmen's Compensation Law, Made by HARRY R. ABRIAL, Respondent, v. GREASONIA PAPER MILLS,

INC., Employer, and OCEAN ACCIDENT AND GUARANTEE CORPORATION, LIMITED, Insurer, Appellants.— Award unanimously affirmed.